IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY S. SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:14-cv-0324-MEF |
| ) | |
| TRIAD OF ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #17) filed on July 7, 2014, it is hereby ORDERED as follows:

1. The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before July 23, 2014.

2. The defendant may file a reply brief on or before July 30, 2014.

DONE this the 9th day of July, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE