IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY S. SMITH, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:14-cv-324-WKW |
| | ) | (WO - Do Not Publish) |
| TRIAD OF ALABAMA, LLC, | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER**

Now before the court is Defendant's Motion to Dismiss (Doc. #17) and Plaintiffs' Motion for Leave to File Amended Complaint (Doc. #23). Having fully considered these motions, it is hereby ORDERED that Plaintiffs' Motion for Leave to File Amended Complaint (Doc. #23) is GRANTED, and Plaintiffs shall file the amended complaint attached as Exhibit A to Doc. #23 on or before October 3, 2014. It is further ORDERED that Defendant's Motion to Dismiss (Doc. #17) is DENIED with leave to refile following the filing of Plaintiffs' amended complaint. Any motion to dismiss filed in response to Plaintiffs' amended complaint, and any response in opposition thereto, shall fully set forth any arguments in support of or in opposition to such motion, and shall not simply renew or incorporate arguments made in previous motions and responses thereto.

DONE this the 26th day of September, 2014.

                                                      /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE