IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JULIE S. MCGEE, ADAM PARKER, MICHAEL HALL and JACK WHITTLE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO: 1:14-CV-00324 |
| Plaintiffs, | | |
| vs. | | |
| TRIAD OF ALABAMA, LLC, d/b/a FLOWERS HOSPITAL, | | |
| Defendant. | | |

**MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT, FINAL CERTIFICATION OF THE CLASS, AN INCENTIVE AWARD TO THE CLASS REPRESENTATIVES AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Pursuant to Federal Rule of Civil Procedure 23(e), and based upon the entirety of the record in this Action (including Plaintiffs' memorandum of law and related filings in support of this motion), the Representative Plaintiffs moves this Court to grant final approval to the Parties' Settlement Agreement (the "Settlement"), and enter a Final Order and Judgment:

1. Finding that the Court has personal and continuing jurisdiction over all Class Members and the Defendant, and that the Court has subject matter jurisdiction to approve and enforce the Settlement, all of its exhibits, and all Orders and Decrees issued pursuant thereto;

1

2. Granting Final Approval of the Settlement as fair, adequate and reasonable, as consistent and in compliance with all applicable requirements of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Rules of Court and any other applicable law, and as being in the bests interests of each of the Parties and the Class Members;

3. Directing the Parties and their counsel to implement and consummate the Settlement according to its terms and provisions;

4. Declaring that the Settlement shall be binding on all Representative Plaintiffs, Settlement Class Members and Defendant Triad of Alabama, LLC d/b/a Flowers Hospital ("Flowers" or "Defendant"), as well as each of their successors and assigns; and, as to any claims or liabilities in this Action and/or arising from or related to the Released Claims and that the Court's Final Order and Judgment shall be entitled to *res judicata* effect in all pending and future lawsuits or other proceedings asserting claims arising from or related to the Released Claims;

5. Re-affirming the certification of, and granting final certification to, the Class pursuant to Federal Rule of Civil Procedure 23(b)(3);

6. Finding that the Notice Package and distribution methodology approved by the Court: (a) constituted the best practicable notice; (b) constituted notice that was reasonably calculated, under the circumstances, to apprise Class Members of the pendency of the Action, of their right to object to the Settlement and

of their right to appear at the Final Fairness hearing; (c) were reasonable and constituted due, adequate and sufficient notice to all persons entitled to receive notice; and (d) met all applicable requirements of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Rules of Court and any other applicable law;

7. Finding that Class Counsel and the Representative Plaintiffs fully and adequately discharged the duties imposed upon them by the Court to provide the Notice Package to the Class Members;

8. Finding that Class Counsel and the Representative Plaintiffs adequately represented the Class for purposes of entering into and implementing the Settlement;

9. Dismissing the Action (including any and all claims of the Representative Plaintiffs and Class Members in the Action and/or arising from or related to the Released Claims) on the merits and with prejudice, without fees or costs to any person or Party except as provided under the terms of the Settlement;

10. Awarding attorneys' fees and expenses to Class Counsel, and an incentive award to the Representative Plaintiffs, in an amount deemed appropriate by the Court, but subject to the maximums set forth in the Settlement;

11. Adopting, incorporating and implementing the Release contained within the Settlement as of the date of Final Approval, and forever discharging the Representative Plaintiffs, all Settlement Class Members, and Flowers, and each of

them, of and from any claims or liabilities in this Action and/or arising from or related to the Released Claims;

12. Permanently barring and enjoining the Representative Plaintiffs and all Settlement Class Members from filing, commencing, prosecuting, intervening in, participating in (as class members or otherwise), or receiving any benefits or other relief from, any other lawsuit, in any state or federal court, arbitration, or administrative, regulatory or other proceeding or order in any jurisdiction based on or relating to the claims and causes of action released herein, or the facts and circumstances relating thereto, whether or not previously asserted in this Action;

13. Authorizing the Parties, without further approval from the Court, to agree to and to adopt such amendments, modifications and expansions of this Settlement and all exhibits attached to the Settlement as: (a) are consistent with the Final Order and Judgment, and (b) do not limit the rights of Class Members under the Settlement;

14. Approving and adopting the relief provisions of the Parties' Settlement.

15. Without affecting the finality of the Final Order and Judgment for purposes of appeal, ordering that the Court shall retain continuing jurisdiction over the Action, the Parties, and all members of the Class, as to all matters relating to the administration and enforcement of the Settlement, and the benefits to the Settlement Class Members hereunder, including for such purposes as supervising the

implementation, enforcement, construction, and interpretation of the Settlement, the order of Preliminary Approval, the Final Order and Judgment, and hearing and determining any application by Class Counsel for an award of attorneys' fees and expenses and incentive awards to the Representative Plaintiffs.

16. Ordering that any disputes or controversies arising with respect to the implementation, enforcement, construction or interpretation of the Settlement shall be presented by motion to the Court, under the Court's retention of continuing jurisdiction over this Action; and

17. Incorporating any additional provisions that the Court deems necessary and just to implement, enforce, construe, administer and interpret the Settlement, in accordance and consistent with the Settlement's written terms.

WHEREFORE, the Plaintiff moves this Court to enter a Final Order and Judgment, and corresponding findings of fact and conclusions of law in support of that Final Order and Judgment, reflecting final approval of the Settlement and final certification of the Class.

Respectfully submitted this the 10th day of December, 2018.

/s/ James M. Terrell
James M. Terrell (ASB-0887-L73J)
METHVIN, TERRELL, YANCEY,
STEPHENS & MILLER, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:  (205) 939-0199
Email:  jterrell@mtattorneys.com

M. Adam Jones
Jordan S. Davis
M. ADAM JONES & ASSOCIATES, LLC
206 N. Lena St.
Dothan, AL 36303-4429
Email:  adam@adamjoneslaw.com
        jordan@adamjoneslaw.com

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2018, I electronically filed the foregoing with the Clerk of the United States District Court, Middle District of Alabama, using the CM/ECF system, which will send notification to all counsel of record.

/s/ James M. Terrell
OF COUNSEL