IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY S. SMITH, JULIE S. MCGEE, ADAM PARKER, SANDRA W. HALL and JACK WHITTLE, | ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO: ) 1:14-CV-00324 ) ) |
| vs. | ) ) |
| TRIAD OF ALABAMA, LLC, d/b/a FLOWERS HOSPITAL, | ) ) ) ) |
| Defendant. | ) |

**JOINT STIPULATION FOR DISMISSAL OF
PLAINTIFF BRADLEY S. SMITH WITH PREJUDICE**

COME NOW the Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and jointly stipulate to the dismissal of Plaintiff Bradley S. Smith's claims with prejudice. The claims of the other Plaintiffs shall remain pending.

Respectfully submitted this 21st day of December 2018.

                                        */s/ James M. Terrell*
                                        James M. Terrell (ASB-0887-L73J)
                                        Attorney for Plaintiff Bradley S. Smith

**OF COUNSEL:**
METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: (205) 939-0199
Email:  jterrell@mtattorneys.com

1

**OF COUNSEL:**
M. Adam Jones (ASB-7342-J63M)
Jordan S. Davis (ASB-5103-D58D)
M. ADAM JONES & ASSOCIATES, LLC
206 N. Lena St.
Dothan, AL  36303-4429
Telephone: (334) 699-5599
Email:  adam@adamjoneslaw.com
            jordan@adamjoneslaw.com

/s/ Richard E. Smith
Richard E. Smith (ASB-6536-M69R)
Jonathan W. Macklem (ASB-9089-H64M)
J. Paul Zimmerman (ASB-8707-I53J)
Attorneys for Defendant,
Triad of Alabama LLC, d/b/a
Flowers Hospital

**OF COUNSEL:**
CHRISTIAN & SMALL LLP
505 20th Street North
Suite 1800 Financial Center
Birmingham, AL  35203
Telephone: (205) 795-6588
Email:  res@csattorneys.com
            jwm@csattorneys.com
            jpz@csattorneys.com